| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    **Smartpac, Inc.**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    82-1407412

4. **Debtor's address**    **Principal place of business**    **Mailing address, if different from principal place of business**

   **4750 Earth City Expressway**
   **Bridgeton, MO 63044**
   Number, Street, City, State & ZIP Code    P.O. Box, Number, Street, City, State & ZIP Code

   **Saint Louis**    .    **Location of principal assets, if different from principal place of business**
   County

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**    **www.smartpacinc.com**

6. **Type of debtor**    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor    **Smartpac, Inc.**                                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3261__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

Debtor   **Smartpac, Inc.**
_____
Name                                                                Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Smartpac, Inc.**                                                                    Case number (*if known*)
         Name

☐ $50,001 – $100,000          ☐ $10,000,001 – $50  million      ☐ $1,000,000,001 – $10 billion
☐ $100,001 – $500,000         ☐ $50,000,001 – $100 million      ☐ $10,000,000,001 – $50 billion
☐ $500,001 – $1 million       ☐ $100,000,001 – $500 million     ☐ More than $50 billion

| Debtor | Smartpac, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2022**
                MM / DD / YYYY

**X /s/ Cary Edwards**                                    **Cary Edwards**
Signature of authorized representative of debtor          Printed name

Title    **Owner**

**18. Signature of attorney**

**X /s/ David M. Dare**                          Date  **December  8, 2022**
Signature of attorney for debtor                        MM / DD / YYYY

**David M. Dare 35965**
Printed name

**Herren, Dare & Streett**
Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
Number, Street, City, State & ZIP Code

Contact phone   **314-965-3373**          Email address   **hdsstl@hdsstl.com**

**35965 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Smartpac, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  8, 2022**          X **/s/ Cary Edwards**
                                                    Signature of individual signing on behalf of debtor

                                                    **Cary Edwards**
                                                    Printed name

                                                    **Owner**
                                                    Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Smartpac, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an

   amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Appvion 825 E. Wisconsin Ave. PO Box 359 Appleton, WI 54912-0359 | | Business | | | | $31,560.21 |
| Aschinger Electric 877 Horan Drive Fenton, MO 63026 | | Business | | | | $52,000.00 |
| Dixie Pulp & Paper PO Box 20204 Tuscaloosa, AL 35402 | | Business | | | | $27,434.81 |
| Duke Realty 168 N Meramec Ave Saint Louis, MO 63105 | | Business | | | | $394,128.92 |
| Evergreen Packaging 5350 Poplar Avenue Suite 600 Memphis, TN 38119 | | Business | | | | $185,805.05 |
| Extech Plastics 11413 N Burlington Rd Richmond, IL 60071 | | Business | | | | $240,864.74 |
| Good Natured Products 470 Granville St. Vancouver, BC V6C 1V5 | | Business | | | | $40,000.00 |
| Hyland Metal Products 12250 County Road Lyons, OH 43533 | | Business | | | | $59,874.00 |
| Lacerta Group 360 Forbes Blvd. Mansfield, MA 02048 | | Business | | | | $63,229.32 |

| Debtor | Smartpac, Inc. | | | Case number *(if known)* | | |
|--------|----------------|--|--|---------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Magellan Transport Logistics 8505 Baycenter Rd. Jacksonville, FL 32256 | | Business | | | | $39,072.47 |
| Midwest Business Funding, Inc. 10412 Allison Rd. Suite 201 Fishers, IN 46038 | | Business | | | | $1,392,159.39 |
| Mimir Flexo Printing 300 A Industrial Drive Troy, MO 63379 | | Business | | | | $163,689.70 |
| Pano Cap Ltd. 55 Webster Rd. ON N2C 2E7 Canada | | Business | | | | $31,293.00 |
| Preform Technologies PO Box 964 Holland, OH 43528 | | Business | | | | $188,144.33 |
| Reinhold Electric 2511 Lemay Ferry Rd. Saint Louis, MO 63125 | | Business | | | | $80,137.44 |
| St. Louis Bank 9811 South Forty Dr. Saint Louis, MO 63124 | | Inventory, Equipment and A/R | | $2,446,654.64 | $2,416,979.21 | $29,675.43 |
| Stanpac Canada 2790 Thompson Road Smithville, ON L0R 2A0 | | Business | | | | $143,477.33 |
| The Cannon Saneck 3789 Groveport Road Columbus, OH 43207 | | Business | | | | $120,975.98 |
| TPC Food Services 265 Sixth Ave. Tiffin, OH 44883 | | Business | | | | $28,401.83 |
| Visstun 6355 Sunset Corp. Drive Las Vegas, NV 89120 | | Business | | | | $62,935.60 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Smartpac, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $         0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $      2,854,593.12

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $      2,854,593.12

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $      2,884,268.55

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $       1,890.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      3,597,904.95

4.  **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b

$      6,484,063.50

**Fill in this information to identify the case:**

Debtor name __Smartpac, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Encore Bank | Checking | 2017 | $22,000.00 |

4.  Other cash equivalents *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$22,000.00

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Rent deposit with Exeter Operating Part. | $35,563.54 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

$35,563.54

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor   __Smartpac, Inc.__                                    Case number *(If known)* _____
      Name

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

11a. 90 days old or less:        **442,618.23**   -        **12,437.00**  = ....        **$430,181.23**
                face amount            doubtful or uncollectible accounts

11b. Over 90 days old:        **17,663.77**   -        **13,688.42**  =....        **$3,975.35**
                face amount            doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                      **$434,156.58**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials <br> **Raw Materials** | **11/30/2022** | **$900,000.00** | | **$900,000.00** |
| 20. | Work in progress <br> **Work in Progress** | **11/30/2022** | **$100,000.00** | | **$100,000.00** |
| 21. | Finished goods, including goods held for resale <br> **Finished Goods** | **11/30/2022** | **$73,098.00** | | **$73,098.00** |
| 22. | Other inventory or supplies | | | | |

23.       **Total of Part 5.**                                                      **$1,073,098.00**
      Add lines 19 through 22.  Copy the total to line 84.

24.       **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.       **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor  **Smartpac, Inc.**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯     Case number *(If known)* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

☐ No

☑ Yes. Book value ⎯⎯⎯ 75,000.00 ⎯⎯ Valuation method ⎯ **Cash** ⎯⎯ Current Value ⎯⎯ 75,000.00

26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **Office Furniture** | $10,000.00 | Cash | $10,000.00 |

40.    Office fixtures

41.    Office equipment, including all computer equipment and communication systems equipment and software

42.    Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    Total of Part 7.
       Add lines 39 through 42.  Copy the total to line 86.        | $10,000.00 |

44.    Is a depreciation schedule available for any of the property listed in Part 7?

☑ No

☐ Yes

45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    __Smartpac, Inc.__
                Name                                                   Case number *(If known)* _____

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

| | | |
|---|---|---|
| 12oz. Single Wall | $0.00 | $61,600.00 |
| 12oz InkJet Printer | $0.00 | $8,400.00 |
| 16oz. Single Wall | $0.00 | $61,600.00 |
| 16oz. InkJet Printer | $0.00 | $8,400.00 |
| 20oz Single Wall | $0.00 | $63,700.00 |
| 20oz. InkJet Printer | $0.00 | $8,400.00 |
| 24oz. Single Wall | $0.00 | $63,700.00 |
| 24oz. InkJet Printer | $0.00 | $8,400.00 |
| 4 Station Cup Packer | $0.00 | $16,450.00 |
| D800 Box Former | $0.00 | $21,000.00 |
| D1200 Box Former | $0.00 | $21,000.00 |
| Box Windower | $0.00 | $21,000.00 |
| Cup Die Cutter | $0.00 | $51,750.00 |
| Box Die Cutter | $0.00 | $22,500.00 |
| 1200 Fleco Printer | $0.00 | $28,500.00 |
| Folder Gluer | $0.00 | $8,250.00 |
| Plate Former | $0.00 | $14,000.00 |
| SmartBox Former | $0.00 | $10,500.00 |
| Bucket Former | $0.00 | $14,000.00 |

Debtor    Smartpac, Inc.
               Name                                                                    Case number *(If known)*

| Roll Stands | $0.00 | $4,500.00 |
| Lid Former | $0.00 | $61,500.00 |
| Cup Formers | $0.00 | $102,000.00 |
| Pre-Heaters | $0.00 | $87,750.00 |
| Lip Rollers | $0.00 | $41,400.00 |
| Packing Units | $0.00 | $20,700.00 |
| Cup Stackers | $0.00 | $131,250.00 |
| Belt Stackers | $0.00 | $12,000.00 |
| Online Crushers | $0.00 | $29,700.00 |
| Mobile Crusher | $0.00 | $4,425.00 |
| Bottle Labeller | $0.00 | $27,000.00 |
| Chillers | $0.00 | $11,250.00 |
| Compressors | $0.00 | $12,825.00 |
| Air Tanks | $0.00 | $12,825.00 |
| Cup Printers | $0.00 | $133,050.00 |
| Packing Units | $0.00 | $20,700.00 |
| Mold Machine | $0.00 | $9,000.00 |
| Scissor Jack | $0.00 | $7,500.00 |
| Pallet Wrapper | $0.00 | $9,000.00 |
| Forklifts | $0.00 | $15,000.00 |
| Clamp Truck | $0.00 | $7,500.00 |

Debtor    **Smartpac, Inc.**
_____    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **Baler** | $0.00 | $3,750.00 |

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

       $1,277,775.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites **Internet Domain Names and Websites** | $1,000.00 | | $1,000.00 |
| 62.    Licenses, franchises, and royalties | | | |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill **Goodwill** | $1,000.00 | | $1,000.00 |

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

       $2,000.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?)
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **Smartpac, Inc.**    Case number *(If known)* _____
          Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Smartpac, Inc.**                                                 Case number *(If known)* _____
                 Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $22,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $35,563.54 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $434,156.58 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $1,073,098.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $1,277,775.00 | |
| 88. Real property. *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $2,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $2,854,593.12 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $2,854,593.12 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Smartpac, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** St. Louis Bank | Describe debtor's property that is subject to a lien | $437,613.91 | $2,854,593.12 |
|---|---|---|---|

Creditor's Name

**9811 South Forty Dr.**
**Saint Louis, MO 63124**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Inventory, Equipment and A/R**

Creditor's email address, if known

Describe the lien
**First Priority Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number
**3165**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2** St. Louis Bank | Describe debtor's property that is subject to a lien | $2,446,654.64 | $2,416,979.21 |
|---|---|---|---|

Creditor's Name

**9811 South Forty Dr.**
**Saint Louis, MO 63124**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Inventory, Equipment and A/R**

Creditor's email address, if known

Describe the lien
**Second Priority Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number
**7003**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

---

Debtor **Smartpac, Inc.**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$2,884,268.55** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Sosne<br>903 South Lindbergh Blvd.<br>Suite 200<br>Saint Louis, MO 63131 | Line **2.1** | |
| David Sosne<br>903 South Lindbergh Blvd.<br>Suite 200<br>Saint Louis, MO 63131 | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **Smartpac, Inc.**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF MISSOURI**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**United States Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Total claim: **$1,890.00** | Priority amount: **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**2021 Penalty Fee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Adhue Graphic Resources<br>10335 Naples Street NE<br>Minneapolis, MN 55449** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Amount of claim: **$12,415.03** |
|---|---|---|---|
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Business**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**All Printing Resources, Inc.<br>PO Box 734761<br>Chicago, IL 60673** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Amount of claim: **$629.40** |
|---|---|---|---|
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Business**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Smartpac, Inc.
_____    Case number (if known) _____
         Name

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address<br>Ameren<br>877 Horan Drive<br>Fenton, MO 63026<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$8,211.99** |
| **3.4** | Nonpriority creditor's name and mailing address<br>Appvion<br>825 E. Wisconsin Ave.<br>PO Box 359<br>Appleton, WI 54912-0359<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$31,560.21** |
| **3.5** | Nonpriority creditor's name and mailing address<br>Asahi Kasei Asaclean Americas<br>PO Box 775109<br>Chicago, IL 60677<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$13,853.19** |
| **3.6** | Nonpriority creditor's name and mailing address<br>Aschinger Electric<br>877 Horan Drive<br>Fenton, MO 63026<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$52,000.00** |
| **3.7** | Nonpriority creditor's name and mailing address<br>AT&T<br>PO Box 5019<br>Fenton, MO 63026<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$1,317.48** |
| **3.8** | Nonpriority creditor's name and mailing address<br>Atlantic Corp.<br>PO Box 60002<br>Charlotte, NC 28260<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,980.20** |
| **3.9** | Nonpriority creditor's name and mailing address<br>Barry Sales Engineering<br>1755 Larkin Williams Road<br>Fenton, MO 63026<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,988.45** |

Debtor    Smartpac, Inc.                                                                        Case number (if known)
_____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,420.16 |
|------|--------------------------------------------------|----------------------------------------------------------------|------------|

**3.10** Nonpriority creditor's name and mailing address
Borders Container Corp.
1788 N. Lindbergh Blvd.
Saint Louis, MO 63132

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$17,420.16

---

**3.11** Nonpriority creditor's name and mailing address
Cowan Logistics LLC
4555 Hollins Ferry Road
Halethorpe, MD 21227

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$11,901.20

---

**3.12** Nonpriority creditor's name and mailing address
Dixie Pulp & Paper
PO Box 20204
Tuscaloosa, AL 35402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$27,434.81

---

**3.13** Nonpriority creditor's name and mailing address
Duke Realty
168 N Meramec Ave
Saint Louis, MO 63105

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$394,128.92

---

**3.14** Nonpriority creditor's name and mailing address
Evans & Dixon LLC
211 N. Broadway
Suite 200
Saint Louis, MO 63102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$13,171.00

---

**3.15** Nonpriority creditor's name and mailing address
Evans Adhesive
925 Old Henderson Rd.
Columbus, OH 43220

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$1,419.25

---

**3.16** Nonpriority creditor's name and mailing address
Evergreen Packaging
5350 Poplar Avenue
Suite 600
Memphis, TN 38119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$185,805.05

---

Debtor    __Smartpac, Inc.__                                                    Case number (if known) _____
            Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,864.74 |
|---|---|---|---|

**Extech Plastics**
11413 N Burlington Rd
Richmond, IL 60071

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**Fischer & Co.**
PO Box 297
Metamora, OH 43540

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,935.73 |
|---|---|---|---|

**Flint Group dba Narrow Web**
1455 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,145.40 |
|---|---|---|---|

**Flock Freight**
Dept LA 24808
Pasadena, CA 91185

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.13 |
|---|---|---|---|

**FLSTL**
4720 LaGuardia
Saint Louis, MO 63134

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,698.92 |
|---|---|---|---|

**Freightquote**
PO Box 9121
Minneapolis, MN 55480

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Good Natured Products**
470 Granville St.
Vancouver, BC V6C 1V5

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Smartpac, Inc.**                                                    Case number (if known) _____
　　　　　<u>　　　　　　　</u>
　　　　　Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,435.16 |
|---|---|---|---|

**Graham Engineering Corp.**
1203 Eden Road
York, PA 17402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,996.67 |
|---|---|---|---|

**Hoffman Brothers**
1025 Hanley Industrial Ct.
Saint Louis, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,874.00 |
|---|---|---|---|

**Hyland Metal Products**
12250 County Road
Lyons, OH 43533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,356.68 |
|---|---|---|---|

**Industrial Machine & Gear**
PO Box 886
Lees Summit, MO 64082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,503.08 |
|---|---|---|---|

**Kansas City Industrial Controls**
11619 S. Lennox Circle
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,229.32 |
|---|---|---|---|

**Lacerta Group**
360 Forbes Blvd.
Mansfield, MA 02048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,072.47 |
|---|---|---|---|

**Magellan Transport Logistics**
8505 Baycenter Rd.
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Business</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Smartpac, Inc.                                                Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.87 |
|---|---|---|---|

**McCaster Carr**
PO Box 7690
Chicago, IL 60680

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,392,159.39 |
|---|---|---|---|

**Midwest Business Funding, Inc.**
10412 Allison Rd.
Suite 201
Fishers, IN 46038

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,689.70 |
|---|---|---|---|

**Mimir Flexo Printing**
300 A Industrial Drive
Troy, MO 63379

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,915.00 |
|---|---|---|---|

**NCFM, LLC**
6539 Rosehill Farm Run
Bradenton, FL 34211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,293.00 |
|---|---|---|---|

**Pano Cap Ltd.**
55 Webster Rd.
ON N2C 2E7 Canada

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,144.33 |
|---|---|---|---|

**Preform Technologies**
PO Box 964
Holland, OH 43528

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.00 |
|---|---|---|---|

**Priority 1**
PO Box 840808
Dallas, TX 75284

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Smartpac, Inc.
Name

Case number (if known) _____

**3.38** Nonpriority creditor's name and mailing address
Reinhold Electric
2511 Lemay Ferry Rd.
Saint Louis, MO 63125

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ☐ No ☐ Yes

$80,137.44

**3.39** Nonpriority creditor's name and mailing address
Republic Services
12976 St. Charles Rock Road
Bridgeton, MO 63044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ☐ No ☐ Yes

$1,897.98

**3.40** Nonpriority creditor's name and mailing address
Roberts Loading Dock
4801 Tholozan
Saint Louis, MO 63116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ☐ No ☐ Yes

$1,195.67

**3.41** Nonpriority creditor's name and mailing address
Sanden
9900 Pflumm Road
Suite 22
Lenexa, KS 66215

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ☐ No ☐ Yes

$8,640.00

**3.42** Nonpriority creditor's name and mailing address
SEDA
12501 Globe Drive
Sturtevant, WI 53177

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ☐ No ☐ Yes

$4,000.00

**3.43** Nonpriority creditor's name and mailing address
Smarter Logistics
9756 W. Sample Road
Pompano Beach, FL 33065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$3,784.00

**3.44** Nonpriority creditor's name and mailing address
Stanpac Canada
2790 Thompson Road
Smithville, ON L0R 2A0

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business

Is the claim subject to offset? ■ No ☐ Yes

$143,477.33

Debtor  Smartpac, Inc.
        Name

Case number (if known) _____

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,975.98 |

**3.45** The Cannon Saneck
3789 Groveport Road
Columbus, OH 43207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$120,975.98

---

**3.46** Thompson Chemicals & Solvents
PO Box 7167
Saint Joseph, MO 64507

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$1,692.50

---

**3.47** Total Lock & Security
11772 Westline Industrial Dr.
Saint Louis, MO 63146

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$832.00

---

**3.48** TPC Food Services
265 Sixth Ave.
Tiffin, OH 44883

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$28,401.83

---

**3.49** TQL
PO Box 634558
Cincinnati, OH 45263

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$6,885.30

---

**3.50** Truckload Connections LLC
3270 Hampton Ave.
Saint Louis, MO 63139

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$6,286.13

---

**3.51** Ultra Packaging LLC
4750 Earth City Expy
Bridgeton, MO 63044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No  ☐ Yes

$3,500.00

---

Debtor   Smartpac, Inc.
_____   Case number (if known) _____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.06 |
|---|---|---|---|
| | UPS<br>28013 Network Place<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Business | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,935.60 |
|---|---|---|---|
| | Visstun<br>6355 Sunset Corp. Drive<br>Las Vegas, NV 89120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Business | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,964.36 |
|---|---|---|---|
| | Wiegmann<br>750 Fountain Lakes Dr.<br>Saint Charles, MO 63301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Business | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,185.00 |
|---|---|---|---|
| | Zeller Technologies<br>4250 Hoffmeister Ave.<br>Saint Louis, MO 63125 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Business | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $604.84 |
|---|---|---|---|
| | Zumwalt Corporation<br>1617 Lafayette Avenue<br>Saint Louis, MO 63104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Business | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jeff Hester<br>1 Indiana Square, Suite 1330<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204 | Line  3.32<br><br>☐ Not listed. Explain _____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,890.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 3,597,904.95 |

Debtor    __Smartpac, Inc.__                                    Case number (if known) _____
                Name

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.                                5c.    $              3,599,794.95

**Fill in this information to identify the case:**

Debtor name __Smartpac, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or lease is for and the nature of the debtor's interest          **Next Gen Sales**

         State the term remaining          **10 years**

         List the contract number of any government contract          _____          **Lease of Equipment**

Fill in this information to identify the case:

Debtor name **Smartpac, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.
       *Column 1: Codebtor*                                                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Carey Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | Midwest Business Funding, Inc. | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.2 | Carey Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | St. Louis Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Carey Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | St. Louis Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Clayton Cameron | 11004 County Road 17<br>Wauseon, OH 43567 | Midwest Business Funding, Inc. | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.5 | Clayton Cameron | 11004 County Road 17<br>Wauseon, OH 43567 | St. Louis Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Smartpac, Inc.** _____    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.6 | Clayton Cameron | 11004 County Road 17<br>Wauseon, OH 43567 | St. Louis Bank | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.7 | Network<br>Packaging | 6305 Emerald Parkway<br>Dublin, OH 43016 | Midwest Business<br>Funding, Inc. | ☐ D  _____<br>■ E/F  __3.32__<br>☐ G  _____ |
| 2.8 | Network<br>Packaging | 6305 Emerald Parkway<br>Dublin, OH 43016 | St. Louis Bank | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.9 | Network<br>Packaging | 6305 Emerald Parkway<br>Dublin, OH 43016 | St. Louis Bank | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.10 | Next Gen Sales | 2311 Dartmouth Bend Dr.<br>Ballwin, MO 63011 | Midwest Business<br>Funding, Inc. | ☐ D  _____<br>■ E/F  __3.32__<br>☐ G  _____ |
| 2.11 | Next Gen Sales | 2311 Dartmouth Bend Dr.<br>Ballwin, MO 63011 | St. Louis Bank | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.12 | Next Gen Sales | 2311 Dartmouth Bend Dr.<br>Ballwin, MO 63011 | St. Louis Bank | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.13 | Sheri Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | Midwest Business<br>Funding, Inc. | ☐ D  _____<br>■ E/F  __3.32__<br>☐ G  _____ |

---

Official Form 206H                     Schedule H: Your Codebtors                     Page 2 of 3

Debtor     Smartpac, Inc.                                                    Case number *(if known)*  _____

■ Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                  *Column 2: Creditor*

| 2.14 | Sheri Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | St. Louis Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
|------|---------------|------------------------------------------------|----------------|---------------------------------------------|
| 2.15 | Sheri Edwards | 2311 Dartmouth Bend Drive<br>Ballwin, MO 63011 | St. Louis Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  __Smartpac, Inc.__

United States Bankruptcy Court for the:  __EASTERN DISTRICT OF MISSOURI__

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2022 to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $6,500,000.00 |
   | **For prior year:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other  _____ | $6,000,000.00 |
   | **For year before that:**<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other  _____ | $5,500,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Smartpac, Inc.**                                                     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | St. Louis Bank v. Smartpac, Inc. et al. 22SL- CC04715 | Breach of Promissory Note | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Hoffman Brothers Heating and Air Conditioning v. Smartpac, Inc et al 21SL- AC17680 | Breach of Contract | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Aschinger Electric Company v. Smartpac, Inc et al. 21SL-CC00885 | Enforcement of Mechanics Lien | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Good Natured Products, Inc v. Smartpac, Inc. 21SL-CC02353 | Breach of Contract | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | PCM Financial Services, LLC v. Smartpac, Inc. 21SL-CC03147 | Breach of Contract | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ☐ Pending ☐ On appeal ■ Concluded |

Debtor   Smartpac, Inc.                                                                    Case number (if known) _____

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David M. Dare<br>439 South Kirkwood Rd.<br>Saint Louis, MO 63122 | | 12/5/2022 | $30,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor   **Smartpac, Inc.**                              Case number *(if known)* _____

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  __Smartpac, Inc.__                                              Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor  **Smartpac, Inc.**                                                                    Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Michael Fischer & Assoc. | 2021 to 2022 |
| 26a.2. | PCM Financial | 2021 to 2021 |
| 26a.3. | Purk & Assoc. | 2019 to 2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | PCM Financial | 2021 to 2021 |
| Name and address | | Date of service From-To |
| 26b.2. | Purk & Assoc. | 2019-2020 |
| Name and address | | Date of service From-To |
| 26b.3. | Michael Fischer & Assoc. | 2021 to 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Michael Fischer & Assoc. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

Debtor    **Smartpac, Inc.**                                                                Case number *(if known)* _____

**Name and address**

26d.1.    **St. Louis Bank**

_____

26d.2.    **Midwest Business Finance**

_____

26d.3.    **Exeter Operating Partnership**

_____

26d.4.    **Robert Chambers**

_____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

■    Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Carey Edwards** | **11/30/2022** | **$1,073,098.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Carey Edwards** | | |
| 27.2. | **Carey Edwards** | **12/31/2021** | **$800,000.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Carey Edwards** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carey Edwards** | | **President and Chairman** | **64%** |
| **Carey Edwards** | | **Executive Vice President & Board Member** | **24%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■    No

☐    Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 8, 2022**

**/s/ Cary Edwards**                                 **Cary Edwards**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Missouri

In re   **Smartpac, Inc.** _____

_____  Debtor(s)

Case No. _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____  $ _____

Prior to the filing of this statement I have received _____  $ _____

Balance Due _____  $ _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of    $ _____**28,262.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $ _____**350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

■  Debtor    ☐  Other (specify):

3.  The source of compensation to be paid to me is:

■  Debtor    ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Drafting Plan and various Motions.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  8, 2022** _____
*Date*

**/s/ David M. Dare** _____
**David M. Dare 35965**
*Signature of Attorney*
**Herren, Dare & Streett**
**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
**314-965-3373  Fax: 314-965-2225**
**hdsstl@hdsstl.com**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of Missouri

In re   **Smartpac, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clayton Cameron** | | **24%** | **Shares** |
| **Darin Wilkins** | | **10%** | **Shares** |
| **Joshevelynn LLCS** | | **1%** | **Shares** |
| **Knute Metz** | | **2%** | **Shares** |
| **NexGen Sales, LLC** | | **63%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  8, 2022**

Signature   **/s/ Cary Edwards**

**Cary Edwards**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Missouri

In re   **Smartpac, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __6__ page(s) and is true, correct and complete.

/s/ Cary Edwards
_____
**Cary Edwards/Owner**
Signer/Title

Dated:   **December  8, 2022**
_____

L.F. 2 - 2/2021

Adhue Graphic Resources
10335 Naples Street NE
Minneapolis, MN 55449

All Printing Resources, Inc.
PO Box 734761
Chicago, IL 60673

Ameren
877 Horan Drive
Fenton, MO 63026

Appvion
825 E. Wisconsin Ave.
PO Box 359
Appleton, WI 54912-0359

Asahi Kasei Asaclean Americas
PO Box 775109
Chicago, IL 60677

Aschinger Electric
877 Horan Drive
Fenton, MO 63026

AT&T
PO Box 5019
Fenton, MO 63026

Atlantic Corp.
PO Box 60002
Charlotte, NC 28260

Barry Sales Engineering
1755 Larkin Williams Road
Fenton, MO 63026

Borders Container Corp.
1788 N. Lindbergh Blvd.
Saint Louis, MO 63132

Carey Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Carey Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Carey Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Clayton Cameron
11004 County Road 17
Wauseon, OH 43567

Clayton Cameron
11004 County Road 17
Wauseon, OH 43567

Clayton Cameron
11004 County Road 17
Wauseon, OH 43567

Cowan Logistics LLC
4555 Hollins Ferry Road
Halethorpe, MD 21227

David Sosne
903 South Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131

David Sosne
903 South Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131

Dixie Pulp & Paper
PO Box 20204
Tuscaloosa, AL 35402

Duke Realty
168 N Meramec Ave
Saint Louis, MO 63105

Evans & Dixon LLC
211 N. Broadway
Suite 200
Saint Louis, MO 63102

Evans Adhesive
925 Old Henderson Rd.
Columbus, OH 43220

Evergreen Packaging
5350 Poplar Avenue
Suite 600
Memphis, TN 38119

Extech Plastics
11413 N Burlington Rd
Richmond, IL 60071

Fischer & Co.
PO Box 297
Metamora, OH 43540

Flint Group dba Narrow Web
1455 Paysphere Circle
Chicago, IL 60674

Flock Freight
Dept LA 24808
Pasadena, CA 91185

FLSTL
4720 LaGuardia
Saint Louis, MO 63134

Freightquote
PO Box 9121
Minneapolis, MN 55480

Good Natured Products
470 Granville St.
Vancouver, BC V6C 1V5

Graham Engineering Corp.
1203 Eden Road
York, PA 17402

Hoffman Brothers
1025 Hanley Industrial Ct.
Saint Louis, MO 63144

Hyland Metal Products
12250 County Road
Lyons, OH 43533

Industrial Machine & Gear
PO Box 886
Lees Summit, MO 64082

Internal Revenue Service
Insolvency 5334 STL
P.O. Box 7346
Philadelphia, PA 19101

Jeff Hester
1 Indiana Square, Suite 1330
211 North Pennsylvania Street
Indianapolis, IN 46204

Kansas City Industrial Controls
11619 S. Lennox Circle
Olathe, KS 66061

Lacerta Group
360 Forbes Blvd.
Mansfield, MA 02048

Lease of Equipment

Magellan Transport Logistics
8505 Baycenter Rd.
Jacksonville, FL 32256

McCaster Carr
PO Box 7690
Chicago, IL 60680

Midwest Business Funding, Inc.
10412 Allison Rd.
Suite 201
Fishers, IN 46038

Mimir Flexo Printing
300 A Industrial Drive
Troy, MO 63379

NCFM, LLC
6539 Rosehill Farm Run
Bradenton, FL 34211

Network Packaging
6305 Emerald Parkway
Dublin, OH 43016

Network Packaging
6305 Emerald Parkway
Dublin, OH 43016

Network Packaging
6305 Emerald Parkway
Dublin, OH 43016

Next Gen Sales
2311 Dartmouth Bend Dr.
Ballwin, MO 63011

Next Gen Sales
2311 Dartmouth Bend Dr.
Ballwin, MO 63011

Next Gen Sales
2311 Dartmouth Bend Dr.
Ballwin, MO 63011

Pano Cap Ltd.
55 Webster Rd.
ON N2C 2E7 Canada

Preform Technologies
PO Box 964
Holland, OH 43528

Priority 1
PO Box 840808
Dallas, TX 75284

Reinhold Electric
2511 Lemay Ferry Rd.
Saint Louis, MO 63125

Republic Services
12976 St. Charles Rock Road
Bridgeton, MO 63044

Roberts Loading Dock
4801 Tholozan
Saint Louis, MO 63116

Sanden
9900 Pflumm Road
Suite 22
Lenexa, KS 66215

SEDA
12501 Globe Drive
Sturtevant, WI 53177

Sheri Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Sheri Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Sheri Edwards
2311 Dartmouth Bend Drive
Ballwin, MO 63011

Smarter Logistics
9756 W. Sample Road
Pompano Beach, FL 33065

St. Louis Bank
9811 South Forty Dr.
Saint Louis, MO 63124

St. Louis Bank
9811 South Forty Dr.
Saint Louis, MO 63124

Stanpac Canada
2790 Thompson Road
Smithville, ON L0R 2A0

The Cannon Saneck
3789 Groveport Road
Columbus, OH 43207

Thompson Chemicals & Solvents
PO Box 7167
Saint Joseph, MO 64507

Total Lock & Security
11772 Westline Industrial Dr.
Saint Louis, MO 63146

TPC Food Services
265 Sixth Ave.
Tiffin, OH 44883

TQL
PO Box 634558
Cincinnati, OH 45263

Truckload Connections LLC
3270 Hampton Ave.
Saint Louis, MO 63139

Ultra Packaging LLC
4750 Earth City Expy
Bridgeton, MO 63044

United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

UPS
28013 Network Place
Chicago, IL 60673

Visstun
6355 Sunset Corp. Drive
Las Vegas, NV 89120

Wiegmann
750 Fountain Lakes Dr.
Saint Charles, MO 63301

Zeller Technologies
4250 Hoffmeister Ave.
Saint Louis, MO 63125

Zumwalt Corporation
1617 Lafayette Avenue
Saint Louis, MO 63104

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Smartpac, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Smartpac, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**NexGen Sales, LLC**
_____

☐ None [*Check if applicable*]

**December  8, 2022**
_____
Date

/s/ David M. Dare
_____
**David M. Dare 35965**
Signature of Attorney or Litigant
Counsel for  **Smartpac, Inc.**
**Herren, Dare & Streett**
**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
**314-965-3373 Fax:314-965-2225**
**hdsstl@hdsstl.com**